# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (WESTERN DIVISION - LOS ANGELES)

| | |
|---|---|
| NADER SHENOUDA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL DISCOUNT BANK OF NEW YORK; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No.  2:16-cv-06151-PJW<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>Complaint Filed: July 21, 2016<br><br>Judge: Magistrate Judge Patrick J. Walsh |

**UPON THE STIPULATION** of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court hereby dismisses WITH PREJUDICE Plaintiff's action. Each party to bear its own costs and fees.

DATED: January 4, 2017

_____
Patrick J. Walsh
Magistrate Judge